# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

RECEIVED

|  |  |  |
|---|---|---|
| Monty W. Ervin, and | ) | 2006 JUL 26 P 12: 10 |
| Patricia D. Ervin | ) |  |
|    Petitioner | ) | DEBRA P. HACKETT, CLK |
|  | ) | U.S. DISTRICT COURT |
|    Vs. | ) | MIDDLE DISTRICT ALA |
|  | ) | CASE # |
|  | ) | 1 : 06mc 3331 - MEF |
| UNITED STATES OF AMERICA, and | ) |  |
| Commissioner of Internal Revenue Service, | ) |  |
|    Respondent | ) |  |

## PETITION TO QUASH 2039 SUMMON[S]

COMES NOW, Petitioner[s], Monty W. Ervin and Patricia D. Ervin, and files this Petition to Quash, the following 2039 Summons issued by The United States of America by and through its agent, Susan Tyson, Revenue agent for the Commissioner of the Internal Revenue Service located at 202 West Adams Street, Suite 2, Dothan, AL 36303 under authority of 26 USC 7609.

### JURISDICTION

This court has jurisdiction over this action pursuant to 26 U.S.C. 7609 (h) where a third party summons is concerned. Venue is appropriate under 28 U.S.C. § 1391 (e).

### PARTIES

1.      Monty Ervin and Patricia Ervin P.O. Box 7044 Dothan, AL 36302,

2.      The United States of America and its agent The Commissioner of the Internal Revenue Service by and through Susan Tyson Internal Revenue Agent. 202 West Adams Street Suite 2 Dothan, AL 36303.

## STATEMENT OF THE CASE

On or about, April, 2006 Petitioner[s] received a request by mail from Agent Susan Tyson to meet with her regarding Federal Income Tax.

Attorney John Peacock did represent the Petitioner[s] at that meeting wherein agent Tyson refused the power of attorney and terminated the meeting.  On July 3, 2006 agent Tyson again requested a meeting on July 14, 2006 to discuss the issues of her concern.  Petitioner[s] were unable to attend that meeting due to emergency health issues within the immediate family.  See Attached Declaration

On or about July 15, 2006 Petitioner[s] received a letter from Agent Tyson (copy enclosed) dated July 14, 2006, stating that she had scheduled a meeting on July 14, 2006 at 1:30 PM. Petitioner responded to Agent Tyson's letter on July 21, 2006, (Copy enclosed) asking for a meeting to be set that was convenient for all parties.

Agent Tyson responded on July 21, 2006 setting a meeting for August 15, 2006 at 8:30 p.m. at her office. However, on the July 19, 2006 agent Tyson prematurely served the following third party Summon[s] To:

1.      Custodian of Records, AmSouth Bank P.O. Box 11007, Birmingham, AL 35288 for books and records of Southern Realty & Property Mgmt  LLC.

2.      Custodian of Records, Compass Bank 701 S. 32nd Street, Birmingham, AL 35233 for Books and records of Southern Realty & Property Mgmt LLC.

3.    Custodian of Records, MidSouth Bank, 2526 West Main Street, Dothan AL 36303 for books and records of Southern Realty & Property Mgmt LLC.

4.    Custodian of Records, Regions Bank, P.O. Box 681 Birmingham, AL 35201 for Books and Records of Patricia Ervin.

5.    Custodian of Records, Army Aviation Center FCU, P.O Drawer 8, Daleville, AL 36322  for books and records of Patricia Ervin

6.    Custodian of Records, People's Community Bank of Alabama 109 East Church Street Columbia, AL 36391 for books and records of Monty W. Ervin and/or M&B Cars and Trucks and or Auto Mart Sales& Leasing Partners.

7.    Custodian of Records, Regions Bank P.O. Box 681  Birmingham, AL 35201 for books and records of Monty W. Ervin and or Bay Land and Co Escrow.

8.    Custodian of Records, MidSouth Bank, 2526 West Main Street, Dothan, AL 36303 for books and records of Monty W. Ervin and or M&B Cars and Trucks and or Auto Mart Sales and Leasing Partners.

9.    Custodian of Records, PeopleSouth Bank, 203 Crawford Street,  Colquitt, GA 39837 for books and records of Monty W. Ervin and or M&B Cars and Trucks and or Auth Mart Sales & Leasing Partners.

10.    Custodian of Records, Banktrust, 7700 US Hwy 98 West, Santa Rosa Beach, FL 32459 for Books and Records of Monty W. Ervin and or M&B Cars and Trucks and or Auto Mart Sales & Leasing Partners.

11.    Lawyers Title Insurance Corporation Attn: Jennifer Campbell, Manager 3001 Hwy 77 Lynn Haven, Florida for specific information relating to an alleged real estate sale in 2005.


## RELIEF REQUESTED


Petitioner[s] assert that agent Tyson was over zealous in her issuing the

aforementioned 2039 Third Party Summon[s], and the court should order the Summons

quashed and allow the Petitioner[s] to respond in good faith to the request for

information.

Submitted by

Monty W. Ervin and Patricia D. Ervin

P.O. Box 7044

Dothan, AL 36302

334-793-7372

## CERTIFICATE OF SERVICE

I, Monty W. Ervin certify that a true and accurate copy of the foregoing Petition to Quash, Points and authorities, and ORDER was placed in the United States Mail on ___26th___ day of ___July___ 2006, addressed to the
Internal Revenue Service Attn: Susan Tyson
202 West Adams Street Suite 2
Dothan AL 36303

U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Monty W. Ervin
P.O. Box 7744
Dothan, AL 36302

DECLARATION in support of PETITION TO QUASH

I, Monty W. Ervin, an adult being competent to testify make this Declaration under penalty of perjury and from my own personal knowledge:

1. On July 11, 2006 my mother went into the hospital.

2. I found my aunt unconscious in her house on July 13,2006 and called 9-1-1.

3. My aunt was in a coma, with no brain activity for several days, then, when she did wake up she fell and broke her hip and had to have surgery.

4. As a result of all this most of my awake time was spent in the hospital or in some way ministering to these two ladies.

Further Declarant states nought.

Monty W. Ervin



# Summons

In the matter of  Southern Realty & Property Mgmt LLC,  400 West Washington St.,  Dothan, AL 36301

Internal Revenue Service (Division):  Services & Enforcement, Small Business / Self-Employed, Examination

Industry/Area (name or number):  Area 205, Gulf States Area

Periods:  January 1, 2003 through December 31, 2004

## The Commissioner of Internal Revenue

To:  Custodian of Records, AmSouth Bank

At:  PO Box 11007, Birmingham, AL 35288

You are hereby summoned and required to appear before  Susan Tyson     Employee ID#72-19582
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all bank records for any and all accounts of Southern Realty & Property Mgmt LLC (63-1191311), including any and all escrow accounts, for the period January 1, 2003 through December 31, 2004 to include bank statements, deposit tickets, deposit items, safe deposit box rentals, CD's, stock certificates, bonds, wire transfers, any negotiable instruments, loan applications and all loan activity, and related records submitted by, entered into, or in effect, or any collections items.
Record of currency transactions required under the Currency and Foreign Transactions Reporting Act, record of currency transactions, including deposits and withdrawals for January 1, 2003 - December 31, 2004.

This information may be mailed.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

202 West Adams Street, Suite 2, Dothan, AL 36303     (334) 794-7520

**Place and time for appearance at**  202 West Adams Street, Suite 2, Dothan, AL 36303

**IRS**

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the _____ 15th _____ day of _____ August _____ 2006 _____ at _____ 1:00 _____ o'clock _____ p. _____ m.
                                                              (year)

Issued under authority of the Internal Revenue Code this  19th  day of  July  ,  2006
                                                                                    (year)

_Susan Tyson_
Signature of issuing officer                    **Internal Revenue Agent**
                                                         Title

_[signature]_
Signature of approving officer (if applicable)   **Group Manager, Group 1667**
                                                         Title

**Part C —** to be given to noticee



# Summons

**In the matter of** Southern Realty & Property Mgmt LLC, 400 West Washington St., Dothan, AL 36301

**Internal Revenue Service (Division):** Services & Enforcement, Small Business / Self-Employed, Examination

**Industry/Area (name or number):** Area 205, Gulf States Area

**Periods:** January 1, 2003 through December 31, 2004

## The Commissioner of Internal Revenue

**To:** Custodian of Records, Compass Bank

**At:** 701 S 32nd Street, Birmingham, AL 35233

You are hereby summoned and required to appear before Susan Tyson    Employee ID#72-19582
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all bank records for any and all accounts of Southern Realty & Property Mgmt LLC (63-1191311) for the period January 1, 2003 through December 31, 2004 to include bank statements, deposit tickets, deposit items, safe deposit box rentals, CD's, stock certificates, bonds, wire transfers, any negotiable instruments, loan applications and all loan activity, and related records submitted by, entered into, or in effect, or any collections items.
Record of currency transactions required under the Currency and Foreign Transactions Reporting Act, record of currency transactions, including deposits and withdrawals for January 1, 2003 - December 31, 2004.

This information may be mailed.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

202 West Adams Street, Suite 2, Dothan, AL 36303    (334) 794-7520

**Place and time for appearance at** 202 West Adams Street, Suite 2, Dothan, AL 36303

**IRS**

**Department of the Treasury**
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___15th___ day of ___August___, ___2006___ at ___1:00___ o'clock ___p.___ m.
*(year)*

Issued under authority of the Internal Revenue Code this ___19th___ day of ___July___, ___2006___
*(year)*

*Susan Tyson*
Signature of issuing officer

*Judy Caldan*
Signature of approving officer *(if applicable)*

Internal Revenue Agent
Title

Group Manager, Group 1667
Title

**Part C —** to be given to noticee

Summons ~ 3



# Summons

In the matter of  Southern Realty & Property Mgmt LLC,  400 West Washington St.,  Dothan, AL 36301
Internal Revenue Service (Division):  Services & Enforcement, Small Business / Self-Employed, Examination
Industry/Area (name or number):  Area 205, Gulf States Area
Periods:  January 1, 2003 through December 31, 2004

## The Commissioner of Internal Revenue

To:  Custodian of Records,  MidSouth Bank

At:  2526 West Main Street, Dothan, AL 36303

You are hereby summoned and required to appear before  Susan Tyson    Employee ID#72-19582
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all bank records for any and all accounts of Southern Realty & Property Mgmt LLC (63-1191311) for the period January 1, 2003 through December 31, 2004 to include bank statements, deposit tickets, deposit items, safe deposit box rentals, CD's, stock certificates, bonds, wire transfers, any negotiable instruments, loan applications and all loan activity, and related records submitted by, entered into, or in effect, or any collections items.
Record of currency transactions required under the Currency and Foreign Transactions Reporting Act, record of currency transactions, including deposits and withdrawals for January 1, 2003 - December 31, 2004.

This information may be mailed.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
202 West Adams Street, Suite 2, Dothan, AL 36303    (334) 794-7520

**Place and time for appearance at**  202 West Adams Street, Suite 2, Dothan, AL 36303

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the    15th    day of    August    2006    at    1:00    o'clock    p.   m.
                                                        (year)
Issued under authority of the Internal Revenue Code this  19th  day of    July    2006
                                                                                (year)

_Susan Tyson_
Signature of issuing officer

_Cindy Cothran_
Signature of approving officer (if applicable)

Internal Revenue Agent
Title

Group Manager, Group 1667
Title

**Part C**  —  to be given to noticee



# Summons

In the matter of  Patricia D. Ervin, P.O. Box 7044, Dothan, AL 36302
Internal Revenue Service (Division):  Services & Enforcement, Small Business / Self-Employed, Examination
Industry/Area (name or number):  Area 205, Gulf States Area
Periods:  January 1, 2002 through December 31, 2005

## The Commissioner of Internal Revenue

To:  Custodian of Records, Regions Bank

At:  PO Box 681, Birmingham, AL 35201

You are hereby summoned and required to appear before  Susan Tyson    Employee ID#72-19582
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all bank records for any and all accounts of Patricia D. Ervin (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) and/or and any other account in which she has signature authority for the period January 1, 2002 through December 31, 2005 to include bank statements, deposit tickets, deposit items, safe deposit box rentals, CD's, stock certificates, bonds, wire transfers, any negotiable instruments, loan applications and all loan activity, and related records submitted by, entered into, or in effect, or any collections items. Record of currency transactions required under the Currency and Foreign Transactions Reporting Act, record of currency transactions, including deposits and withdrawals for January 1, 2002 - December 31, 2005.

This information may be limited.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

202 West Adams Street, Suite 2, Dothan, AL 36303    (334) 794-7520

**Place and time for** appearance at  202 West Adams Street, Suite 2, Dothan, AL 36303

## IRS

**Department of the Treasury
Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the _____ 15th _____ day of _____ August _____ , _____ 2006 _____ at _____ 1:00 _____ o'clock _____ p. _____ m.
                                                                                      (year)
Issued under authority of the Internal Revenue Code this _____ 19th _____ day of _____ July _____ , _____ 2006 _____
                                                                                                                                    (year)

_Susan Tyson_
Signature of issuing officer                    Internal Revenue Agent
                                                                Title

_Judy Caddou_
Signature of approving officer (if applicable)    Group Manager, Group 1667
                                                                Title

**Part C — to be given to noticee**

Summons·5



# Summons

**In the matter of** Patricia Ervin, P.O. Box 7044, Dothan, AL 36302

**Internal Revenue Service (Division):** Services & Enforcement, Small Business / Self-Employed, Examination

**Industry/Area (name or number):** Area 205, Gulf States Area

**Periods:** January 1, 2002 through December 31, 2005

## The Commissioner of Internal Revenue

**To:** Custodian of Records, Army Aviation Center FCU

**At:** PO Drawer 8, Daleville, AL 36322

You are hereby summoned and required to appear before Susan Tyson     Employee ID#72-19582 an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all bank records for any and all accounts of Patricia Ervin (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) and/or any other account in which she has signature authority for the period January 1, 2002 through December 31, 2005 to include bank statements, deposit tickets, deposit items, safe deposit box rentals, CD's, stock certificates, bonds, wire transfers, any negotiable instruments, loan applications and all loan activity, and related records submitted by, entered into, or in effect, or any collections items. Record of currency transactions required under the Currency and Foreign Transactions Reporting Act, record of currency transactions, including deposits and withdrawals for January 1, 2002 - December 31, 2005.

This information may be mailed.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

202 West Adams Street, Suite 2, Dothan, AL 36303     (334) 794-7520

**Place and time for appearance at** 202 West Adams Street, Suite 2, Dothan, AL 36303

**IRS**

**Department of the Treasury Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001) Catalog Number 21405J

on the ___15th___ day of ___August___ , ___2006___ at ___1:00___ o'clock ___p.___ m.
*(year)*

Issued under authority of the Internal Revenue Code this ___19th___ day of ___July___ , ___2006___
*(year)*

Signature of issuing officer     Internal Revenue Agent
                                                    *Title*

Signature of approving officer *(if applicable)*     Group Manager, Group 1667
                                                                        *Title*

**Part C —** to be given to noticee



# Summons

In the matter of  Monty Wayne Ervin, P.O. Box 7044, Dothan, AL 36302

Internal Revenue Service (Division):  Services & Enforcement, Small Business / Self-Employed, Examination

Industry/Area (name or number):  Area 205, Gulf States Area

Periods:  January 1, 2002 through December 31, 2005

## The Commissioner of Internal Revenue

To:  Custodian of Records,  People's Community Bank of Alabama

At:  109 East Church Street   Columbia, AL 36391

You are hereby summoned and required to appear before  Susan Tyson     Employee ID#72-19582
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all bank records for any and all accounts of Monty W. Ervin (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) and/or M&B Cars and Trucks and/or Auto Mart Sales & Leasing Partners  and any other account in which he has signature authority for the period January 1, 2002 through December 31, 2005 to include bank statements, deposit tickets, deposit items, safe deposit box rentals, CD's, stock certificates, bonds, wire transfers, any negotiable instruments, loan applications and all loan activity, and related records submitted by, entered into, or in effect, or any collections items.
Record of currency transactions required under the Currency and Foreign Transactions Reporting Act, record of currency transactions, including deposits and withdrawals for January 1, 2002 - December 31, 2005.

This information may be mailed.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

202 West Adams Street, Suite 2, Dothan, AL 36303    (334) 794-7520

**Place and time for appearance at**  202 West Adams Street, Suite 2, Dothan, AL 36303

## IRS

**Department of the Treasury
Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the _____15th_____ day of _____August_____ 2006 at ___1:00___ o'clock ___p___ m.
                                                        (year)
Issued under authority of the Internal Revenue Code this ___19th___ day of _____July_____ , 2006
                                                                                              (year)

_Susan Tyson_
Signature of issuing officer                           Internal Revenue Agent
                                                       Title

_signature_
Signature of approving officer (if applicable)         Group Manager, Group 1667
                                                       Title

**Part C  —  to be given to noticee**



# Summons

In the matter of __Monty Wayne Ervin, P.O. Box 7044, Dothan, AL 36302__

Internal Revenue Service (Division): __Services & Enforcement, Small Business / Self-Employed, Examination__
Industry/Area (name or number): __Area 205, Gulf States Area__

Periods: __January 1, 2002 through December 31, 2005__

## The Commissioner of Internal Revenue

**To:** __Custodian of Records, Regions Bank__

**At:** __PO Box 681, Birmingham, AL 35201__

You are hereby summoned and required to appear before __Susan Tyson     Employee ID#72-19582__
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all bank records for any and all accounts of Monty W. Ervin (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) and/or Bay Land and Co Escrow and any other account in which he has signature authority for the period January 1, 2002 through December 31, 2005 to include bank statements, deposit tickets, deposit items, safe deposit box rentals, CD's, stock certificates, bonds, wire transfers, any negotiable instruments, loan applications and all loan activity, and related records submitted by, entered into, or in effect, or any collections items.
Record of currency transactions required under the Currency and Foreign Transactions Reporting Act, record of currency transactions, including deposits and withdrawals for January 1, 2002 - December 31, 2005.

This information may be mailed.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**
202 West Adams Street, Suite 2, Dothan, AL 36303     (334) 794-7520

**Place and time for appearance at** __202 West Adams Street, Suite 2, Dothan, AL 36303__

**IRS**

**www.irs.gov**

Department of the Treasury
Internal Revenue Service

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ___15th___ day of ___August___, ___2006___ at ___1:00___ o'clock ___p___. ___m___.
Issued under authority of the Internal Revenue Code this ___19th___ day of ___July___, ___2006___
*(year)*

_Susan Tyson_
Signature of issuing officer

_[signature]_
Signature of approving officer (if applicable)

Internal Revenue Agent
Title

Group Manager, Group 1667
Title

**Part C** — to be given to noticee



# Summons

In the matter of  Monty Wayne Ervin, P.O. Box 7044, Dothan, AL 36302
Internal Revenue Service (Division):  Services & Enforcement, Small Business / Self-Employed, Examination
Industry/Area (name or number):  Area 205, Gulf States Area
Periods:  January 1, 2002 through December 31, 2005

## The Commissioner of Internal Revenue

To:  Custodian of Records, MidSouth Bank

At:  2526 West Main Street, Dothan, AL 36303

You are hereby summoned and required to appear before  Susan Tyson    Employee ID#72-19582
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all bank records for any and all accounts of Monty W. Ervin (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) and/or M&B Cars and Trucks and/or Auto Mart Sales & Leasing Partners  and any other account in which he has signature authority for the period January 1, 2002 through December 31, 2005 to include bank statements, deposit tickets, deposit items, safe deposit box rentals, CD's, stock certificates, bonds, wire transfers, any negotiable instruments, loan applications and all loan activity, and related records submitted by, entered into, or in effect, or any collections items.
Record of currency transactions required under the Currency and Foreign Transactions Reporting Act, record of currency transactions, including deposits and withdrawals for January 1, 2002 - December 31, 2005.

This information may be mailed.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
202 West Adams Street, Suite 2, Dothan, AL 36303    (334) 794-7520

**Place and time for appearance at**  202 West Adams Street, Suite 2, Dothan, AL 36303

# IRS

Department of the Treasury
Internal Revenue Service
**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the    15th    day of    August    2006    at    1:00    o'clock    p.    m
(year)
Issued under authority of the Internal Revenue Code this  19th  day of    July    ,    2006
(year)

_Susan Tyson_
Signature of issuing officer

_Linda Corbelman_
Signature of approving officer (if applicable)

Internal Revenue Agent
Title

Group Manager, Group 1667
Title

Part C  —  to be given to noticee



# Summons

**In the matter of** Monty Wayne Ervin, P.O. Box 7044, Dothan, AL 36302

**Internal Revenue Service (Division):** Services & Enforcement, Small Business / Self-Employed, Examination

**Industry/Area (name or number):** Area 205, Gulf States Area

**Periods:** January 1, 2002 through December 31, 2005

## The Commissioner of Internal Revenue

**To:** Custodian of Records, PeoplesSouth Bank

**At:** 203 Crawford Street, Colquitt, GA 39837

You are hereby summoned and required to appear before  Susan Tyson    Employee ID#72-19582
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all bank records for any and all accounts of Monty W. Ervin (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) and/or M&B Cars and Trucks and/or Auto Mart Sales & Leasing Partners  and any other account in which he has signature authority for the period January 1, 2002 through December 31, 2005 to include bank statements, deposit tickets, deposit items, safe deposit box rentals, CD's, stock certificates, bonds, wire transfers, any negotiable instruments, loan applications and all loan activity, and related records submitted by, entered into, or in effect, or any collections items.
Record of currency transactions required under the Currency and Foreign Transactions Reporting Act, record of currency transactions, including deposits and withdrawals for January 1, 2002 - December 31, 2005.

This information may be mailed.

## Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

202 West Adams Street, Suite 2, Dothan, AL 36303    (334) 794-7520

**Place and time for appearance at**  202 West Adams Street, Suite 2, Dothan, AL 36303

## IRS

on the ____15th____ day of ____August____ , ____2006____ at ___1:00___ o'clock __p.__ m.
_(year)_

**Issued under authority of the Internal Revenue Code this** __19th__ **day of** ____July____ , ____2006____
_(year)_

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

_Signature of issuing officer_                    Internal Revenue Agent
                                                  Title

_Signature of approving officer (if applicable)_   Group Manager, Group 1667
                                                  Title

**Part C** — to be given to noticee



# Summons

**In the matter of** Monty Wayne Ervin, P.O. Box 7044, Dothan, AL 36302

**Internal Revenue Service (Division):** Services & Enforcement, Small Business / Self-Employed, Examination

**Industry/Area (name or number):** Area 205, Gulf States Area

**Periods:** January 1, 2002 through December 31, 2005

## The Commissioner of Internal Revenue

**To:** Custodian of Records, Banktrust

**At:** 7700 US Hwy 98 West, Santa Rosa Beach, FL 32459

You are hereby summoned and required to appear before Susan Tyson    Employee ID#72-19582 an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all bank records for any and all accounts of Monty W. Ervin (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) and/or M&B Cars and Trucks and/or Auto Mart Sales & Leasing Partners  and any other account in which he has signature authority for the period January 1, 2002 through December 31, 2005 to include bank statements, deposit tickets, deposit items, safe deposit box rentals, CD's, stock certificates, bonds, wire transfers, any negotiable instruments, loan applications and all loan activity, and related records submitted by, entered into, or in effect, or any collections items.
Record of currency transactions required under the Currency and Foreign Transactions Reporting Act, record of currency transactions, including deposits and withdrawals for January 1, 2002 - December 31, 2005.

This information may be mailed.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

202 West Adams Street, Suite 2, Dothan, AL 36303    (334) 794-7520

**Place and time for appearance at** 202 West Adams Street, Suite 2, Dothan, AL 36303

**IRS**

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the ____15th____ day of ____August____ , ____2006____ at ____1:00____ o'clock __p.__ m.
                                                                                    (year)
Issued under authority of the Internal Revenue Code this __19th__ day of ____July____ , ____2006____
                                                                                                    (year)

_Susan Tyson_
Signature of issuing officer

_Ricky Cadle_
Signature of approving officer (if applicable)

Internal Revenue Agent
Title

Group Manager, Group 1667
Title

**Part C —** to be given to noticee



# Summons

In the matter of  Monty Wayne Ervin, P.O. Box 7044, Dothan, AL 36302

Internal Revenue Service (Division):  Services & Enforcement, Small Business / Self-Employed, Examination
Industry/Area (name or number):  Area 205, Gulf States Area
Periods:  January 1, 2002 through December 31, 2005

## The Commissioner of Internal Revenue

To:  Lawyers Title Insurance Corporation  Attn:  Jennifer Campbell, Manager

At:  3001  Hwy  77,          Lynn Haven, FL  32444

You are hereby summoned and required to appear before  Susan Tyson      Employee ID#72-19582
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

RE:  Real estate sale for account number: PC-05-12471
Date of closing:  06/20/2005
Description:  9125 Abba Lane, Panama City Beach, FL
Sales amount:  $230,000

Provide the closing statement and copy of the check (front and back) and/or any other form of payment of the proceeds paid to Mr. Ervin for the June 2005 real estate sale.

This information may be mailed.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

202 West Adams Street, Suite 2, Dothan, AL 36303    (334) 794-7520

**Place and time for appearance at**  202 West Adams Street, Suite 2, Dothan, AL 36303

# IRS

**Department of the Treasury**
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the _____ 15th _____ day of _____ August _____ 2006 _____ at _____ 1:00 _____ o'clock _____ p. _____ m.
(year)
Issued under authority of the Internal Revenue Code this _____ 19th _____ day of _____ July _____, _____ 2006 _____
(year)

_Susan Tyson_
Signature of issuing officer

Internal Revenue Agent
Title

_Judy Coddy_
Signature of approving officer (if applicable)

Group Manager, Group 1667
Title

**Part C — to be given to noticee**

**Internal Revenue Service**
202 West Adams St. Suite 2
Dothan, AL 36303

**Department of the Treasury**

**Date:** July 3, 2006

| | |
|---|---|
| **Taxpayer TIN:** | 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 |
| **Tax Form:** | 1040 |
| **Tax Period(s):** | 2002, 2003, 2004 |

Monty Ervin
PO Box 7044
Dothan, AL 36302

| | |
|---|---|
| **Person to Contact:** | Susan Tyson |
| **Employee ID:** | 72-19582 |
| **Telephone Number:** | 334-794-7520 |
| **Fax Number:** | 334-677-6293 |

Dear Monty Ervin,

This is a request for you to come in for an interview. As you know, Mr. John Peacock came into the office in April for the requested meeting but did not have a valid power of attorney to represent you. Later that month he sent a letter stating he would not be representing you.

In the interview, we will discuss why you have not filed your individual tax returns for 2002, 2003, and 2004. Information will also be requested on the numerous trusts you and your wife have formed. Please call the above telephone number by Friday, July 14, 2006 and we will schedule a convenient date and time for us to meet.

You should be receiving a letter regarding Southern Realty and Management LLC. It has been placed under examination and per courthouse records you and Patricia are the members.

Thank you for your cooperation, and I look forward to hearing from you by July 14, 2006.

Sincerely yours,

Susan Tyson
Susan Tyson
Internal Revenue Agent

Enclosure:
Publication 1
Notice 609

EXHIBIT A-1

7/21/06

To Susan Lyson

My name is Monty Erwin & I am responding on be half of my wife Patricia, Southern Realty & myself.

I am attempting to set up an appointment with you as requested.

I did intend to respond to you in the time requested but in light of what has happened it slipped my mind.

I have been dealing with two different medical emergencys in my family. Let me explain.

My mother went into the medical center on July 11th & my Aunt went in the medical center on July 13th.

My mother called me the morning of July 11th & told me to go to her house, get her things & bring them to the hospital.

I found my aunt on the floor unconscious on July 13th at appx 2:30 PM. I called 911. The doctor said if we had been 5 minutes later she would have been dead. To make matters worse she fail & broke her hip while in the hospital. Most of my awaking hours have been in the hospital or in some way dealing with or ministering to these two ladies. My wife was either by my side or in some way supporting what I was trying to accomplish & that was the speedy recovery of these two ladies.

In light of what has happened & what is still going on in the life of my wife & I, I respectfully request that you not hold this against me.

Monty Erwin

P.S. This letter was written July 21th prior to you calling me back. Please place in my file.

EXHIBIT A-2

Susan,

This is to confirm that we have an appointment August 15th at 8:30 AM.

This is also to let you know that I do intend to record the meeting & that I intend to bring a witness and/or counsel.

Please let me know if anything changes.

7/21/06

APPOINTMENT RESCHEDULED PER OUR PHONE CONVERSATION 7-21-06

**Internal Revenue Service**
**202 West Adams St., Suite 2**
Dothan, AL 36303

**Department of the Treasury**

EXHIBIT
A-3

Taxpayer Identification Number:
  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

Tax Form:
  1040

Tax Period(s):
  2002, 2003, 2004, 2005

Date: July 21, 2006

Contact Person:
  Susan Tyson

Employee Identification Number:
  72-19582

Monty Ervin
PO Box 7044
Dothan, AL 36302

Contact Telephone Number:
  334-794-7520

Day and Hours Available:
  Monday - Friday, 8:00 - 4:30

Dear Mr. Ervin,

Our records indicate that we have not received your federal income tax return(s) for the period(s) listed above. I would like to meet with you to discuss the matter.

I have scheduled the meeting for the following date, time, and place:

   Date:  August 15, 2006

   Time:  8:30 p.m.

   Place:  202 West Adams St., Suite 2 Dothan, AL 36303

If you have any questions or if the date, time, or place of the meeting is inconvenient for you, please contact me at the telephone number listed above. I will consider the meeting confirmed if I do not hear from you.

**Where Can You Get More Information?**

I have enclosed Publication 1, *Your Rights as a Taxpayer*, which explains your rights as a taxpayer throughout your contact with us, and Notice 609, *Privacy Act and Paperwork Reduction Act Notice*, which explains the Privacy Act of 1974.

Thanks for your cooperation.

Sincerely yours,

*S. Tyson*

Susan Tyson
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

**Letter 3798 (11-2003)**
Catalog Number 37392V

EXHIBIT A-4

Susan Tyson
**Internal Revenue Agent**
202 West Adams St. Suite 2
Dothan, AL 36303

RE: Patricia D. Ervin
    Monty W. Ervin          July 25, 2006

We received your confirmation letter concerning appointment rescheduling that was
made per phone conversation on 7-21-06. We noticed that you had changed the dates on
the Tax Period(s) from what was on the original letter.

*Patricia D. Ervin*

*Monty W. Ervin*

**Internal Revenue Service**
**202 West Adams St., Suite 2**
Dothan, AL 36303

**Department of the Treasury**

Taxpayer Identification Number:
   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
Tax Form:
   1040
Tax Period(s):
   2002, 2003, & 2004

Date: July 14, 2006

Contact Person:
   Susan Tyson
Employee Identification Number:
   72-19582
Contact Telephone Number:
   334-794-7520
Day and Hours Available:
   Monday - Friday, 8:00 - 4:30

Patricia Ervin
PO Box 7044
Dothan, AL 36302

Dear Mrs. Ervin,

Our records indicate that we have not received your federal income tax return(s) for the period(s) listed above. I would like to meet with you to discuss the matter.

I have scheduled the meeting for the following date, time, and place:

   Date:  July 14, 2006

   Time:  1:30 p.m.

   Place:  202 West Adams St., Suite 2 Dothan, AL 36303

*Please call by July 14th & we will schedule an appointment to meet that will be convenient for both of us.*

If you have any questions or if the date, time, or place of the meeting is inconvenient for you, please contact me at the telephone number listed above. I will consider the meeting confirmed if I do not hear from you.

**Where Can You Get More Information?**

I have enclosed Publication 1, *Your Rights as a Taxpayer*, which explains your rights as a taxpayer throughout your contact with us, and Notice 609, *Privacy Act and Paperwork Reduction Act Notice*, which explains the Privacy Act of 1974.

Thanks for your cooperation.

Sincerely yours,

Susan Tyson

Susan Tyson
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

**Letter 3798 (11-2003)**
Catalog Number 37392V

EXHIBIT B-1

Susan Tyson
Internal Revenue Agent
202 West Adams St. Suite 2
Dothan, AL 36303
July 21, 2006

RE: Patricia Ervin

I am responding to your letter dated July 14th. I also noticed that you requested I respond by July 14th, the same day as the letter.

I would like to set up a meeting that would be convenient for both of us. Please contact me at P.O. Box 7044 Dothan, AL 36302.

Thank you,

Patricia Ervin

Patricia Ervin

APPOINTMENT RESCHEDULED PER OUR CONVERATION 7-21-06

**Internal Revenue Service**
**202 West Adams St., Suite 2**
Dothan, AL 36303

**Department of the Treasury**

EXHIBIT
B-2

Taxpayer Identification Number:
  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
Tax Form:
  1040
Tax Period(s):
  2002, 2003, 2004, 2005

Date: July 21, 2006

Contact Person:
  Susan Tyson
Employee Identification Number:
  72-19582

Patricia Ervin
PO Box 7044
Dothan, AL 36302

Contact Telephone Number:
  334-794-7520
Day and Hours Available:
  Monday - Friday, 8:00 - 4:30

Dear Mrs. Ervin,

Our records indicate that we have not received your federal income tax return(s) for the period(s) listed above. I would like to meet with you to discuss the matter.

I have scheduled the meeting for the following date, time, and place:

  Date:  August 15, 2006

  Time:  8:30 p.m.

  Place:  202 West Adams St., Suite 2 Dothan, AL 36303

If you have any questions or if the date, time, or place of the meeting is inconvenient for you, please contact me at the telephone number listed above. I will consider the meeting confirmed if I do not hear from you.

**Where Can You Get More Information?**

I have enclosed Publication 1, *Your Rights as a Taxpayer*, which explains your rights as a taxpayer throughout your contact with us, and Notice 609, *Privacy Act and Paperwork Reduction Act Notice*, which explains the Privacy Act of 1974.

Thanks for your cooperation.

Sincerely yours,

*S. Tyson*

Susan Tyson
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

**Letter 3798 (11-2003)**
Catalog Number 37392V

EXHIBIT B-3

Susan Tyson
**Internal Revenue Agent**
202 West Adams St. Suite 2
Dothan, AL 36303

RE: Patricia D. Ervin
    Monty W. Ervin        July 25, 2006

We received your confirmation letter concerning appointment rescheduling that was made per phone conversation on 7-21-06. We noticed that you had changed the dates on the Tax Period(s) from what was on the original letter.

*Patricia D. Ervin*

*Monty W. Ervin*

**Internal Revenue Service**
Small Business and Self-Employed

**Department of the Treasury**
202 West Adams Street, Suite 2
Dothan AL 36303

**Date:** July 3, 2006

| | |
|---|---|
| | **Taxpayer Identification Number:** |
| | 63-1191311 |
| | **Form:** |
| | 1120 |
| | **Tax Period(s):** |
| | 200312 & 200412 |
| | **Person to Contact:** |
| | Susan Tyson |
| | **Contact Telephone Number:** |
| | 334-794-7520 |
| | **Contact Fax Number:** |
| | 334-677-6293 |
| | **Employee Identification Number:** |
| | 72-19582 |

SOUTHERN REALTY & PROPERTY MGMT LLC
400 West Washington Strret
Dothan AL 36301

Dear Sir:

Your federal return for the period(s) shown above has been selected for examination.

**What You Need To Do**

Please call me on or before July 14, 2006. I can be contacted from 8:00 - 4:30 at the
contact telephone number provided above.

During our telephone conversation, we will talk about the items I'll be examining on your return, the types of
documentation I will ask you to provide, the examination process, and any concerns or questions you may
have. We will also set the date, time, and agenda for our first meeting.

**Someone May Represent You**

You may have someone represent you during any part of this examination. If you want someone to represent
you, please provide me with a completed Form 2848, *Power of Attorney and Declaration of Representative*, at
our first appointment.

If you prefer, you may mail or fax the form to me prior to our first appointment. You can get this form from
our office or from our web site www.irs.gov, or by calling 1-800-829-3676. If you decide that you wish to get
representation after the examination has started, we will delay further examination activity until you can secure
representation.

**Letter 2205 (Rev. 10-2005)**
Catalog Number 63744P

**Your Rights As A Taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer,* and Notice 609, *Privacy Act Notice.* We encourage you to read the Declaration of Taxpayer Rights found in Publication 1. This publication discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

Thank you for your cooperation and I look forward to hearing from you by July 14, 2006.

Sincerely,

Susan Tyson

Susan Tyson
Internal Revenue Agent

Enclosure:
Publication 1
Notice 609

APPOINTMENT RESCHEDULED PER OUR PHONE CONVERSATION 7-21-06

EXHIBIT
C-1

**Internal Revenue Service**
**Small Business and Self-Employed**

**Department of the Treasury**
202 West Adams Street, Suite 2
Dothan  AL  36303

Date:  July 21, 2006

Taxpayer Identification Number:
  63-1191311
Form:
  1120
Tax Period(s):
  200312 & 200412
Person to Contact:
  Susan Tyson
Contact Telephone Number:
  334-794-7520
Contact Fax Number:
  334-677-6293
Employee Identification Number:
  72-19582

SOUTHERN REALTY & PROPERTY MGMT LLC
400 West Washington Strret
Dothan  AL  36301

Dear SOUTHERN REALTY & PROPERTY MGMT LLC:

This letter confirms the following appointment that we scheduled during our telephone conversation on
July 21, 2006.

**Appointment Information**

Location:  202 West Adams Street, Suite 2
           Dothan  AL  36303

Date:  August 15, 2006

Time:  8:30 AM

**What is the Purpose of this Appointment?**

The purpose of our first meeting is to understand your business operations and policies and to begin the
examination process.  We will discuss specific examination procedures, such as communication methods,
response times and other general expectations.  As we discussed, please have the items listed on the attached
Form 4564, *Information Document Request,* available at our first appointment.

**Someone May Represent You**

You may have someone represent you during any part of this examination.  If you want someone to represent
you, please provide me with a completed Form 2848, *Power of Attorney and Declaration of Representative,* at
our first appointment.

**Letter 3253 (Rev 1-2005)**
Catalog Number 28278E

If you prefer, you may mail or fax the form to me prior to our first appointment. You can get this form from our office, from our web site at www.irs.gov, or by calling 1-800-829-3676. If you decide that you wish to get representation after the examination has started, we will delay further examination activity until you can secure representation.

**Your Rights As A Taxpayer**

We encourage you to review Publication 3498, *The Examination Process*. This publication contains the Declaration of Taxpayer Rights as well as steps in the examination process.

Please contact me if you have any questions you would like to discuss.

Thank you for your cooperation.

Sincerely yours,

Susan Tyson
Internal Revenue Agent

Enclosure:
Publication 3498
Form 4564 (This form will be provided at a later date)

APPOINTMENT RESCHEDULED PER OUR PHONE CONVERSATION 7-21-06

EXHIBIT
P-2

**Internal Revenue Service**
**Small Business and Self-Employed**

**Department of the Treasury**
202 West Adams Street, Suite 2
Dothan AL 36303

Date: July 21, 2006

Taxpayer Identification Number:
  63-1191311
Form:
  1120
Tax Period(s):
  200412
Person to Contact:
  Susan Tyson
Contact Telephone Number:
  334-794-7520
Contact Fax Number:
  334-677-6293
Employee Identification Number:
  72-19582

SOUTHERN REALTY & PROPERTY MGMT LLC
400 West Washington Strret
Dothan AL 36301

Dear SOUTHERN REALTY & PROPERTY MGMT LLC:

This letter confirms the following appointment that we scheduled during our telephone conversation on July 21, 2006.

**Appointment Information**

Location: 202 West Adams Street, Suite 2
Dothan AL 36303

Date: August 15, 2006

Time: 8:30 AM

**What is the Purpose of this Appointment?**

The purpose of our first meeting is to understand your business operations and policies and to begin the examination process. We will discuss specific examination procedures, such as communication methods, response times and other general expectations. As we discussed, please have the items listed on the attached Form 4564, *Information Document Request*, available at our first appointment.

**Someone May Represent You**

You may have someone represent you during any part of this examination. If you want someone to represent you, please provide me with a completed Form 2848, *Power of Attorney and Declaration of Representative*, at our first appointment.

**Letter 3253 (Rev 1-2005)**
Catalog Number 28278E

If you prefer, you may mail or fax the form to me prior to our first appointment. You can get this form from our office, from our web site at www.irs.gov, or by calling 1-800-829-3676. If you decide that you wish to get representation after the examination has started, we will delay further examination activity until you can secure representation.

**Your Rights As A Taxpayer**

We encourage you to review Publication 3498, *The Examination Process*. This publication contains the Declaration of Taxpayer Rights as well as steps in the examination process.

Please contact me if you have any questions you would like to discuss.

Thank you for your cooperation.

Sincerely yours,

Susan Tyson
Internal Revenue Agent

Enclosure:
Publication 3498
Form 4564 (This form will be provided at a later date)

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

Monty W. Ervin, and     )
Patricia D. Ervin      )
  Petitioner      )
           ) CASE # 1: 06mc 3331-MEF
  Vs.        )
           )
           )
UNITED STATES OF AMERICA, and )
Commissioner of Internal Revenue Service, )
  Respondent     )

## ORDER

Whereas, this matter comes to the attention of the District Court by Petition to Quash the eleven 2039 Administrative Summon[s] listed in the Petition to Quash and incorporated herein and this court being fully advised in the premises do order the following Summons Quashed and direct the IRS agent Tyson use discretion and restraint in her dealing with the public.

SO GRANTED this _____day of _____2006

_____
District Court Judge