UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUL 31 A 10: 06

| | |
|---|---|
| Monty W. Ervin, and )<br>Patricia D. Ervin )<br>    Petitioner )<br> )<br>Vs. )<br> )<br> )<br>UNITED STATES OF AMERICA, and )<br>Commissioner of Internal Revenue Service, )<br>Respondent ) | CASE# 1: 06MC3331-F |

CERTIFICATE OF SERVICE was hindered on the Petition to Quash, Points and authorities, and ORDER on July 26, 2005 as CASE # was inadvertently left off the documents to be served. I, Monty W. Ervin certify that service was completed on this the 27th day of July by placing in the United States Mail with certified return receipt # listed below.

UNITED STATES OF AMERICA  U.S. Department of Justice
CERTIFIED MAIL #  7006 0100 0000 0733 1871

Commissioner of Internal Revenue Service  C/o Attn: Susan Tyson
CERTIFIED MAIL #  7006 0100 0000 0733 1864

_____
Monty W. Ervin

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.83 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.08 |

Postmark Here — DOTHAN AL 36303 — JUL 27 2006 — 07/27/2006

Sent To: United States of America U.S. Dept. of Justice
Street, Apt. No.; or PO Box No.: P.O. Box 683 Ben Franklin Station
City, State, ZIP+4: Washington, D.C. 20044-0683

PS Form 3800, June 2002    See Reverse for Instructions

7006 0100 0000 0770 1871

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.83 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.08 |

Postmark Here — DOTHAN AL 36303 — JUL 27 2006

Sent To: Commissioner of Internal Revenue Service
CB ATTN: Susan Tyson
Street, Apt. No.; or PO Box No.: 202 West Adams St. Suite 2
City, State, ZIP+4: Dothan, AL 36303

PS Form 3800, June 2002    See Reverse for Instructions

7006 0100 0000 0720 1884