IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONTY W. ERVIN and <br> PATRICIA D. ERVIN, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> and COMMISSIONER OF INTERNAL <br> REVENUE SERVICE, <br><br> Respondents | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    1:06-MC-3331-MEF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SHOW-CAUSE ORDER

Pursuant to the Order referring this case to the undersigned (Doc. 4, Aug. 24, 2006), for action or recommendation on all pretrial matters, it is

**ORDERED** that Respondents – the United States and the Commissioner of Internal Revenue Service – respond by September 15, 2006, to show any cause why this *Petition* by taxpayers Monty W. Ervin and Patricia D. Ervin *to Quash 2039 Summon(s)*, which has been docketed as a *Motion to Quash IRS Summonses* (Doc. 1, July 26, 2006) should not be granted.

Done this 5th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE