IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MONTY W. ERVIN and | ) | |
| PATRICIA D. ERVIN, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | 1:06-MC-3331-MEF-DRB |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| and COMMISSIONER OF INTERNAL | ) | |
| REVENUE SERVICE, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 58), it is for good cause,

**ORDERED** that the parties shall convene for a **HEARING** on **March 19, 2007 at 10:00 a.m.** The conference shall be heard in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The conference shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney.

The parties should be prepared to discuss the pending *Petition to Quash* (Doc. 1, filed July 26, 2006), the *Motion to Dismiss* (Doc. 6, filed September 15, 2006), and any update in the status of the case.

DONE this 1st day of March, 2007.

                                          /s/Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE