Elohiym
The Kingdom of Heaven
The Kingdom of Israel
"The United States of America"  §
The state of Alabama  §  ss:
Houston county  §

RECEIVED
2007 MAR 13 A 9:20

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Monty W. Ervin and  §
Patricia D. Ervin  §
  §
  §
Petitioners,  §
  §
v.  §  1:06-MC-3331-MEF/TFM
  §
UNITED STATES OF AMERICA, and  §
COMMISSIONER OF INTERNAL  §
REVENUE SERVICE,  §
  §
Respondents  §

Voluntary Withdrawal of Action

Comes Now Patricia D. Ervin and, as expressed in the Federal Rules of Civil Procedure Rule 41(a)(1), voluntarily withdraws "*Motion to Quash IRS Summonses*" (Doc. 1, July 26, 2006).

There being no evidence of contract, may the Petitioners and the Respondents go forth without day.

Done this 13 day of March, 2007.

Without the United States,

*Patricia Ervin* (signature)
Patricia D. Ervin, sui juris

## Certificate of Conference

There were no attempts for contacting any of the respondents due to the fact that respondents had already entered a "*Motion to Dismiss*," (Doc. 6, September 15, 2006).

*Patricia D. Ervin, sui juris*

## Certificate of Service

Service has been sent via first class mail to Commissioner of Internal Revenue Service, in care of the Department of the Treasury, 202 West Adams Street, Suite 2, Dothan, Alabama, Attn: Susan Tyson.

Service has been sent via first class mail to the "UNITED STATES OF AMERICA" through its trustee, "the United States," in care of R. Randolph Neeley, POB 197, Montgomery, Alabama, ZIP 36101-0197.

*Patricia D. Ervin, sui juris*