IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONTY W. ERVIN and <br> PATRICIA D. ERVIN, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> and COMMISSIONER OF INTERNAL <br> REVENUE SERVICE, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:06-mc-3331-MEF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Pursuant to Monty W. Ervin's *Voluntary Withdrawal of Action* (Doc. #11) filed on March 6, 2007 and Patricia D. Ervin's *Voluntary Withdrawal of Action* (Doc. 12) filed on March 13, 2007 and defendants' notice that the motions are unopposed , it is hereby

ORDERED that this action is **DISMISSED without prejudice.**

DONE this the 27th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE